UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA           )
                                   )
v.                                 )           No. 3:10-00098
                                   )           JUDGE CAMPBELL
DANIEL WADE GREEN                  )

ORDER

Pending before the Court are two letters from the Defendant (Docket Nos. 59, 60), *pro se*, regarding the conditions of his confinement and other matters. Counsel for the parties shall file a response on or before July 2, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE