UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

## ORDER

The Court held a status conference in this case on January 3, 2014. During the status conference, the Court GRANTED the parties' request that the pretrial conference, currently set for January 17, 2014, be continued. Accordingly, the pretrial conference in this case is CONTINUED to January 24, 2014, at 2:00 p.m.

The parties shall file any additional motions in limine, and any responses to pending motions in limine, on or before January 13, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE