UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

ORDER

Pending before the Court is a Motion of the United States for Issuance of a Preliminary Order of Forfeiture (Docket No. 149). The Motion is DENIED since it references Defendant Timothy Murphy rather than the Defendant in this case, Daniel W. Green.

It is so ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE