UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:10-00098 |
| | ) JUDGE CAMPBELL |
| DANIEL W. GREEN | ) |

## ORDER

The sentencing hearing currently scheduled for June 27, 2014 at 2:30 p.m. is RESCHEDULED for **3:30 p.m.**

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE